1 | YOUR NAME   Lorenzo Cason
  | YOUR ADDRESS   P.O. Box 122442 San Diego, Ca. 92112
2 | YOUR TELEPHONE NUMBER   619-723-1788

FILED
2010 JAN 13 PM 4:24
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

Lorenzo Cason                              )
                                           )
                                           )
            -v-                            )   Case No. '10 CV 0098 IEG    AJB
                                           )   (To be assigned at time of filing)
Metropolitan Transit System/San Diego      )
Transit                                    )
                                           )
                                           )
_____)   COMPLAINT FOR (Brief description of document)

Violations of Title VII of the 1964 Civil Rights Act of 1964 amended

Plaintiff alleges:
On or about 2005 to termination of employment in 2007, San Diego Transit engaged in a pattern of racial discrimination and retaliation against plaintiff in an on going pattern that ultimately led to plaintiff being terminated under false charges. At the same time of this occurrence San Diego Transit violated plaintiffs ADA rights as protected under the Americans with Disabilities Act of 1990.Further violations included the protections afforded to plaintiffs under AB 2222, the state of California ADA laws.
These infractions begin with violations of a contract between ATU Local 1309 and San Diego Transit Corporation regarding day off pay where as plaintiff was denied pay , and a Hispanic and Caucasian were paid per contractual language. Defendants, San Diego Transit withheld pay to plaintiff interpreting contractual language differently regarding plaintiff. Subsequent to intervention by the ATU local 1309 Business Agent, San Diego Transit issued plaintiffs pay but not in its entirety. Later plaintiff was falsely charged with violating a company rule against using an electronic device other then company issued equipment to contact defendants regarding a problem on plaintiffs bus. Plaintiff later filed a complaint against San Diego Transit with the California Highway Patrol, a law enforcement agency that upheld plaintiffs charge. SDTC (San Diego Transit) and its management did not like the sanction issued by the CHP,and continued to attack plaintiff in various ways using anonymous riders who fabricated stories against plaintiff. Plaintiff eventually retained legal counsel. Plaintiff was also a union representative involved in hearings held by SDTC against other bargaining unit members and successfully defended these members. Upon plaintiffs termination,it was rumored that plaintiff saved everyone else but couldn't save his own a__.
Plaintiff continued to report the retaliation of SDTC to the EEOC. Plaintiffs attorney sent defendants a letter advising cease and desist against plaintiff. Yet their actions continued. Plaintiff without going into great detail feels this court is the proper forum to resolve this dispute.

::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

*Lorenzo Cason*
1-13-2010

EEOC Form 161 (2/08)     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: **Lorenzo Cason**<br>P.O. Box 122442<br>San Diego, CA 92112 | From: San Diego Local Office<br>555 W. Beech Street, Suite 504<br>San Diego, CA 92101 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 488-2008-00411 | Mocha Suell, Investigator | (619) 557-7281 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*[signature]*     10/13/2009
Thomas J. McCammon,     *(Date Mailed)*
**Local Office Director**

Enclosures(s)
1. Information on Filing Suit
2. Charge of Discrimination (Form 5)

cc: **SAN DIEGO TRANSIT**
100 16th Street
San Diego, CA 92101
Bus Operations
P.O. Box 122511
San Diego, CA 92112-2511

Jeffrey M. Stumbo
Director of Human Resources and Labor Relations
**Metropolitan Transit System (MTS)**
1255 Imperial Avenue, Suite #1000
San Diego, CA 92101

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**  LORENZO CASON

**DEFENDANTS**  METROPOLITIAN TRANSIT SYSTEM SAN DIEGO, TRANSIT

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**ATTORNEYS (IF KNOWN)**

'10 CV 0098 IEG    AJB

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- **3 Federal Question** (U.S. Government Not a Party)
- 2 U.S. Government Defendant
- 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ①1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42:1983 FM  28:1332 FR

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| 110 Insurance | 310 Airplane | 362 Personal Injury- Medical Malpractice | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reappointment |
| 120 Marine | 315 Airplane Product Liability | | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 320 Assault, Libel & Slander | 365 Personal Injury - Product Liability | 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | 430 Banks and Banking |
| 140 Negotiable Instrument | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | 820 Copyrights | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | | | 640 RR & Truck | 830 Patent | 460 Deportation |
| 151 Medicare Act | 340 Marine | PERSONAL PROPERTY | 650 Airline Regs | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 370 Other Fraud | 660 Occupational Safety/Health | SOCIAL SECURITY | 810 Selective Service |
| 153 Recovery of Overpayment of Veterans Benefits | 350 Motor Vehicle | 371 Truth in Lending | 690 Other | 861 HIA (13958) | 850 Securities/Commodities Exchange |
| 160 Stockholders Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | LABOR | 862 Black Lung (923) | 875 Customer Challenge 12 USC |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | 864 SSID Title XVI | 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 730 Labor/Mgmt. Reporting & Disclosure Act | 865 RSI (405(g)) | 893 Environmental Matters |
| | | | 740 Railway Labor Act | FEDERAL TAX SUITS | 894 Energy Allocation Act |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence Habeas Corpus | 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 220 Foreclosure | 442 Employment | | 791 Empl. Ret. Inc. Security Act | 871 IRS - Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 530 General | | | 950 Constitutionality of State |
| 240 Tort to Land | 444 Welfare | 535 Death Penalty | | | 890 Other Statutory Actions |
| 245 Tort Product Liability | 440 Other Civil Rights | 540 Mandamus & Other | | | |
| 290 All Other Real Property | | 550 Civil Rights | | | |
| | | 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

- 1 Original Proceeding
- 2 Removal from State Court
- 3 Remanded from Appelate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $**   Check YES only if demanded in complaint:
JURY DEMAND: YES  NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE   Docket Number

**DATE**    **SIGNATURE OF ATTORNEY OF RECORD**
Lorenzo Cason
1-13-2010

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)